# Unclaimed Funds

Entered 8/11/2020 to 8/11/2020

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 14-14722 -jeb  19384133 | University of Massachusetts  Campus Center, 4th Floor  100 Morrisey Blvd  Boston, MA 02125  02125 | 4.68 | 08/11/2020 |
| 15-10431 -jeb  20536864 | BERNARD & JANET MCKERNAN  31 CLINTON ST  MANSFIELD, MA 02048  02048 | 21.00 | 08/11/2020 |
| 15-10434 -jeb  19454469 | Eastern Bank  Attn: Collections Dept.  195 Market Street  Lynn, MA 01901  01901 | 1,256.88 | 08/11/2020 |
| 15-11895 -jeb  19532474 | Waterfront Capital, LLC, as Assignee of Chase Bank USA, N.A.  c/o Schreiber/Cohen, LLC  53 Stiles Road, Suite A102  Salem, NH 03079  03079 | 36.47 | 08/11/2020 |
| 15-12149 -jeb  19602977 | Synchrony Bank  c/o Recovery Management Systems Corp  25 SE 2nd Ave Suite 1120  Miami FL 33131-1605  33131-1605 | 1,089.98 | 08/11/2020 |
| 15-12184 -jeb  19527879 | Liberty Utilities  36 Fifth Street  Fall River, MA 02721 | 16.89 | 08/11/2020 |
| 15-12346 -jeb  19535138 | Liberty Utilities  36 Fifth Street  Fall River, MA 02721 | 49.74 | 08/11/2020 |
|  |  | 21.59 | 08/11/2020 |

| Case | Creditor | Amount | Date |
|---|---|---|---|
| [17-11209 -jeb](#)<br>19901019 | Eastern Bank<br>PO Box 843350<br>Boston, MA 02284<br>02284 | | |
| [17-11559 -fjb](#)<br>19932254 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356<br>75356 | 72.18 | 08/11/2020 |
| [17-12314 -msh](#)<br>20001840 | Liberty Utilities<br>36 Fifth Street<br>Fall River, MA 02721<br>02721 | 24.44 | 08/11/2020 |
| [17-12377 -jeb](#)<br>19951876 | Fortiva/MABTC/ATLS<br>PO BOX 10555<br>Atlanta, GA 30310<br>30310 | 17.04 | 08/11/2020 |
| [19-11809 -jeb](#)<br>20536865 | BRIAN FENELON<br>45 TOWER AVE<br>SOUTH WEYMOUTH, MA 02190<br>02190 | 9,780.15 | 08/11/2020 |
| [19-12736 -jeb](#)<br>20536866 | ALBERTO CROCE, JR.<br>69-71 CLARK ST, UNIT 1L<br>LYNN, MA 01902<br>01902 | 2,614.63 | 08/11/2020 |
| [19-13308 -fjb](#)<br>20536867 | YASUKO NODA<br>10 DUDLEY ST<br>WALPOLE, MA 02081<br>02081 | 272.32 | 08/11/2020 |
| [19-13841 -jeb](#)<br>20536868 | AMANDA FLINT<br>14 PARLIN ST<br>EVERETT, MA 02149<br>02149 | 313.72 | 08/11/2020 |

**Grand Total: 15,591.71**