**Fill in this Information to identify the case:**

Debtor 1   Brian F. Fenelon
           First Name    Middle Name    Last Name

Debtor 2   _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the District of Massachusetts

Case number:   19-11809-ieb

DEC 11 2020 15:46 USBC

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $9,780.15 |
| Claimant's Name: | Brian F. Fenelon |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | C/O Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@gmail.com<br>410.760.5841 |
| Reason Funds Were Not Received by Claimant | The Debtor was not aware of the unclaimed funds or the process to retrieve them. |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

X    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

X    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

X   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/1/2020

_Marquette Porter_ (signature)
Signature of Applicant

Marquette Porter, Member of Spring Solutions, LLC
Printed Name of Applicant

Address: P.O. Box 334,
Glen Burnie, MD 21060

Telephone:   410.760.5841

Email:   springsolutionsllc@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF   Maryland
COUNTY OF   Anne Arundel

This Application for Unclaimed Funds, dated 12/1/2020   was subscribed and sworn to before me this 1st day of December, 20 20 by

_Marquette Porter_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Craig S. Thompson (signature)
Craig S. Thompson
NOTARY PUBLIC
Baltimore City
MARYLAND
MY COMMISSION EXPIRES SEPT. 10, 2023

My commission expires:

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

Form 1340            Application for Payment of Unclaimed Funds (MDB)            Page 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Brian F. Fenelon               *          Case No.  19-11809-jeb
                                        *
        Debtor                          *          Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_1st\_\_ day of \_\_December\_\_ 2020, a copy of the Amended Application for Payment of Unclaimed Funds was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: 12/11/20

Marquette Porter
Member of Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
(410)760-5851